*Lawrence Kovalsky* and *David Goldstein* for appellant.

*Paul Windels, Corporation Counsel (Edmund L. Palmieri, Paxton Blair* and *Ralph W. Thomas* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* STAR METAL SMELTING AND REFINING COMPANY, INC., Appellant.

Argued May 26, 1937; decided June 11, 1937.

618

*Nathan Silverman* for appellant.

*Paul Windels, Corporation Counsel (Paxton Blair* and *Charles E. Ramsgate* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.